UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03948-WLH-MBK | Date | August 20, 2026 |
| Title | Martin K. Reyes v. D.O.J., et al. | | |

| | |
|---|---|
| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |

| | |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| none | none |

**Proceedings:** ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE

Plaintiff Martin K. Reyes, a self-represented litigant, was incarcerated at the North County Correctional Facility at the time he initiated this civil rights action on April 2, 2026. Dkt. 1. On April 14, 2026, the Court issued a Notice of Discrepancy advising Plaintiff that he did not pay the appropriate filing fee and that, if he is unable to pay the filing fee, he must sign and submit the Request to Proceed Without Prepayment of Filing Fees and Declaration (CV-60P form), which the Clerk attached to the order. Dkt. 2. Plaintiff was ordered to either pay the filing fee or submit a completed request to proceed without the filing fee within 30 days—on or before May 14, 2026. *Id.* On May 22, 2026, Plaintiff filed a request to proceed *in forma pauperis,* but did not include a certified copy of his trust statement account, as required. Dkt. 8.

On June 10, 2026, the Court issued an Order to Show Cause why the action should not be dismissed for failure to pay the filing fee. Dkt. 10. On June 23, 2026, the Court received its order returned as undeliverable mail. Dkt. 12. On June 16, 2026, Plaintiff filed a Notice of Change of Address. Dkt. 11. To date, Plaintiff has not responded to the Court's Order to Show Cause by paying the filing fee or submitting a completed request to proceed *in forma pauperis*.

Because it appears that Plaintiff may not have received the Court's Order to Show Cause, (Dkt. 10), the Court will *sua sponte* grant Plaintiff additional time to comply with the order, either by paying the filing fee or filing a completed request to proceed *in forma pauperis* on or before **September 21, 2026.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03948-WLH-MBK | Date | August 20, 2026 |
| Title | Martin K. Reyes v. D.O.J., et al. | | |

Plaintiff's change of address form indicates that he may no longer be in custody. If Plaintiff is still incarcerated, he is directed to complete a CV-60P form, including the certified trust statement. If Plaintiff is no longer incarcerated, he is directed to use the CV-60 form.

To assist Plaintiff, **the Clerk is directed to attach the following documents to this order: (1) the Court's Order to Show Cause (Dkt. 10); (2) a blank CV-60 form; and (3) and a blank CV-60P form.**

**Plaintiff is expressly warned that failure to timely comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

* * *

Plaintiff is advised of the following requirements for preparing and submitting documents in this case. **Any document that does not comply with any of these requirements may be returned to Plaintiff without filing and will not be considered by the Court**.

1. All documents sent to the Court should be addressed to: "Clerk, U.S. District Court, 255 E. Temple St., Los Angeles, CA 90012." No documents or letters should ever be sent to the judge or the judge's staff.

2. Each document must include the title and case number (including judges' initials). Documents should have at least a one-inch margin at the top of each page, and should be printed or neatly handwritten on one side of the paper only. No document may exceed 25 pages in length (exclusive of tables and exhibits) without leave of court. This provision of the Local Rules applies to all briefs.

3. At the top of the first page of any document sent to the Court, Plaintiff must give their name and mailing address, including prisoner number (if applicable), other identification number, and any other information needed for mail to be delivered. The Court will assume that the address is correct and will use it until informed otherwise. It is Plaintiff's responsibility to notify the Court and defense counsel of any change of address and the effective date of the change. If Plaintiff fails to keep the Court informed of a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03948-WLH-MBK | Date | August 20, 2026 |
| Title | Martin K. Reyes v. D.O.J., et al. | | |

correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

***Failure of a pro se Party to Keep Court Apprised of Current Address: A*** **party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se Plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.**

**IT IS SO ORDERED.**